IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



FILED

DEC 0 5 2017

Clerk, U.S District Court
District Of Montana
Missoula

| | |
|---|---|
| JOHN P. MEYER,<br><br>        Plaintiff,<br><br>vs.<br><br>UNITEDHEALTHCARE<br>INSURANCE COMPANY,<br><br>        Defendant. | CV 17–98–M–DLC<br><br><br><br>ORDER |

Pursuant to the Unopposed Motion to Dismiss United Healthcare Insurance Company Without Prejudice (Doc. 4) filed by Plaintiff John P. Meyer and the attached "Tolling Agreement" submitted by the parties (Doc. 4-1),

IT IS ORDERED that this action is DISMISSED WITHOUT PREJUDICE, the parties to bear their own costs and attorneys' fees. All deadlines are VACATED and any pending motions are DENIED as moot.

Dated this 5th day of December, 2017.

*/s/ Dana L. Christensen*
Dana L. Christensen, Chief Judge
United States District Court